IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NICHOLAS FONTENOT, # 121530**                                                 **PLAINTIFF**

v.                                                    CIVIL NO. 1:16cv125-HSO-JCG

**MARSHALL FISHER, MARSHALL
TURNER, CAPTAIN COOLEY,
CAPTAIN HARTFIELD, and JOHN
DOE**                                                                 **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Court's Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 9th day of August, 2016.

                                                     *s/ Halil Suleyman Ozerden*
                                                     HALIL SULEYMAN OZERDEN
                                                     UNITED STATES DISTRICT JUDGE